| | |
|---|---|
| 1  PAUL HAM, Bar No. 227395<br>   HAM LAW FIRM<br>2  50 California Street, Suite 1500<br>   San Francisco, CA 94111<br>3  Telephone:    (415) 713-5690<br>   Facsimile:    (866) 374-9773<br>4  E-Mail:       paul.ham@hamfirm.com<br>5  Attorney for Defendants David Salma,<br>   Marion Zaborski, Seattle Block, and Faton<br>6  Binaku | |

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>    DAVID SALMA,<br><br>    Debtor,<br><br>---<br><br>LEW JENKINS and LINDA M. JENKINS, as Trustees of the Jenkins Trust U/A/D 1/15/98 and JACK H. FRESKOS, beneficiary of IRA 042640 at Westamerica,<br><br>    Plaintiffs,<br>    v.<br><br>DAVID SALMA, MARION ZABORSKI, FATON BINAKU, RUBEN PICARDO, SEATTLE BLOCK, and DOES 1-10,<br><br>    Defendants. | Chapter 7<br><br>Adversary Proceeding No. 09-03126<br><br>Case No. 09-30863<br><br>DEFENDANTS' - DAVID SALMA, MARION ZABORSKI, SEATTLE BLOCK, and FATON BINAKU – INDEPENDENT DISCOVERY PLAN |

Defendants, David Salma, Marion Zaborski, Seattle Block, and Faton Binaku, through their undersigned attorney, hereby submit their Discovery Plan* in anticipation of the Scheduling Conference currently set to occur on September 24, 2009. The undersigned respectfully requests that he be allowed to make a telephonic appearance at the Scheduling Conference.

---

Discovery Plan (Adv. Proc. No. 09-03126)  -1-

**A. Changes, if any, that should be made in the timing, form, or requirements of the Initial Disclosures.**

Defendants provided their Initial Disclosures to Plaintiffs on September 10, 2009. Plaintiffs have not yet contacted Defendants to arrange a Discovery Conference. Despite attempts, Defendants have been unable to reach Plaintiffs to conduct a Discovery Conference.

**B. Timing, subject matter, and limitations, if any, of discovery.**

Defendants anticipate requiring five months of discovery after the Scheduling Conference. However, this time may be extended if Plaintiffs amend their Complaint pursuant to the Court's Tentative Ruling filed on September 17, 2009. Defendants anticipate discovery related to Plaintiffs' dischargeability allegations.

**C. Fed R. Bankr. R 7016(b), (c) and 7026(a)(1) Orders.**

Not applicable.

\*Despite attempts, the undersigned has been unable to reach Plaintiffs' counsel to coordinate a joint Discovery Plan.

Submitted: September 18, 2009

```
  /s/ - Paul Ham
PAUL HAM, Bar No. 227395
HAM LAW FIRM
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:   (415) 713-5690
Facsimile:   (866) 374-9773
E-Mail:      paul.ham@hamfirm.com
```

Attorney for Defendants David Salma, Marion Zaborski, Seattle Block, and Faton Binaku

Discovery Plan (Adv. Proc. No. 09-03126) -2-

Case: 09-03126   Doc# 17   Filed: 09/18/09   Entered: 09/18/09 07:34:42   Page 2 of 3

# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a copy of the foregoing Discovery Plan was sent by electronic mail, on September 18, 2009, to:

Julia M. Wei (julia@brewerfirm.com)
Amanda Gonsalves (agonsalves@brewerfirm.com)
Law Office of Peter Brewer
350 Cambridge Ave. #200
Palo Alto, CA 94306

(Attorneys for Plaintiffs)

                                               __/s/ - Paul Ham_____
                                               PAUL HAM, Bar No. 227395
                                               HAM LAW FIRM
                                               1300 Clay Street, Suite 600
                                               Oakland, CA 94612
                                               Telephone:    (415) 713-5690
                                               Facsimile:     (866) 374-9773
                                               E-Mail:         paul.ham@hamfirm.com