PAUL HAM, Bar No. 227395
HAM LAW FIRM
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone:    (415) 713-5690
Facsimile:    (866) 374-9773
E-Mail:       paul.ham@hamfirm.com

Attorney for Defendants David Salma,
Marion Zaborski, Seattle Block, and Faton Binaku

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 7 |
|---|---|
| DAVID SALMA, | Adversary Proceeding No. 09-03126 |
| Debtor, | Case No. 09-30863 |
| | DEFENDANT DAVID SALMA'S MOTION FOR SUMMARY JUDGMENT |
| LEW JENKINS and LINDA M. JENKINS, as Trustees of the Jenkins Trust U/A/D 1/15/98 and JACK H. FRESKOS, beneficiary of IRA 042640 at Westamerica, | |
| Plaintiffs, | |
| v. | |
| DAVID SALMA, MARION ZABORSKI, FATON BINAKU, RUBEN PICARDO, SEATTLE BLOCK, and DOES 1-10, | |
| Defendants. | |

Plaintiffs' 11 U.S.C. Section 523 claims should be denied because (1) they admit in a separate action that other defendants, and not Defendant Salma, were the parties that committed the fraud and/or

////

negligence that caused them harm; and (2) they fail to establish any of the elements required for relief under Section 523(a)(2)(A), (a)(2)(B), and (a)(6).

Dated this 3rd day of June, 2010.

                                                                                            /s/ - Paul Ham  
                                        PAUL HAM, Bar No. 227395  
                                        HAM LAW FIRM  
                                        1300 Clay Street, Suite 600  
                                        Oakland, CA 94612  
                                        Telephone:   (415) 713-5690  
                                        Facsimile:    (866) 374-9773  
                                        E-Mail:       paul.ham@hamfirm.com

                                        Attorney for Defendant David Salma

Case: 09-03126 Doc# 28 Filed: 06/04/10 Entered: 06/04/10 11:25:02 Page 2 of 2

Answer (Case No. Adv. Proc. No. 09-03126) -2-