**Entered on Docket**
**July 06, 2010**
**GLORIA L. FRANKLIN, CLERK**
**U.S BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



**Signed and Filed: July 02, 2010**

**THOMAS E. CARLSON**
**U.S. Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 09-30863 TEC |
| DAVID SALMA, | ) | Chapter 7 |
| Debtor. | ) | |
| LEW JENKINS and LINDA JENKINS, as Trustees of the Jenkins Trust U/A/D 1/15/98 and JACK H. FRESKOS, beneficiary of IRA 042640 at WESTAMERICA, | ) | Adv. Proc. No. 09-3126 TC |
| Plaintiffs, | ) | |
| vs. | ) | |
| DAVID SALMA, RUBEN Q. PICARDO, SEATTLE BLOCK, LLC, FATON BINAKU, and MARION ZABORSKI, and DOES 1-10, | ) | |
| Defendants. | ) | |

**ORDER RE DEFENDANT DAVID SALMA'S MOTION FOR SUMMARY JUDGMENT**

On July 2, 2010, the court held a hearing on Defendant David Salma's Motion for Summary Judgment. Paul Ham appeared for Defendant. Julia m. Wei appeared for Plaintiffs. Upon due consideration, the court hereby orders as follows:

Defendant's motion for summary judgment is denied on the basis that the record contains admissible evidence that is minimally

ORDER RE MTN. FOR SUMM. JUDG.          -1-

1  sufficient, if not rebutted, to permit a rational finder of fact to

2  find each of the elements of fraud under section 523(a)(2).

3                          **END OF ORDER**

Case: 09-03126   Doc# 52   Filed: 07/02/10   Entered: 07/06/10 16:52:03   Page 2 of 2