PAUL HAM, Bar No. 227395
HAM LAW FIRM
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone:    (415) 713-5690
Facsimile:    (866) 374-9773
E-Mail:       paul.ham@hamfirm.com

Attorney for Defendant David Salma

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Chapter 7 |
| DAVID SALMA, | Adversary Proceeding No. 09-03126 |
| Debtor, | Case No. 09-30863 |
| LEW JENKINS and LINDA M. JENKINS, as Trustees of the Jenkins Trust U/A/D 1/15/98 and JACK H. FRESKOS, beneficiary of IRA 042640 at Westamerica, | DEFENDANT DAVID SALMA'S MOTION IN LIMINE |
| Plaintiffs, | |
| v. | |
| DAVID SALMA, MARION ZABORSKI, FATON BINAKU, RUBEN PICARDO, SEATTLE BLOCK, and DOES 1-10, | |
| Defendants. | |

William Dunlap's testimony at trial should be excluded pursuant to Fed. R. Civ. P. Rule 37(c)(1) because Plaintiffs never disclosed Mr. Dunlap as an expert in violation of Fed. R. Civ. P. Rule 26(a)(2)(A). To the extent Mr. Dunlap's appraisal report is construed as an expert report, the report fails to disclose the six categories of information as required under Fed. R. Civ. P. Rule 26(a)(2)(B)(i) through (vi). Moreover, the appraisal report was not contemporaneously produced at the time of Mr. Dunlap's disclosure as a witness as required under Fed. R. Civ. P. Rule 26(a)(2)(B), notwithstanding the

fact that he was never disclosed as an expert witness. Mr. Dunlap has no timely or material information as a fact witness because all of his observations of the Subject Property are in April of 2008, more than two years after the Loan from Plaintiffs to Defendant was made. For the foregoing reasons, Mr. Dunlap's testimony should be excluded from trial.

Respectfully submitted this 27th day of August, 2010.

    /s/ - Paul Ham
PAUL HAM, Bar No. 227395
HAM LAW FIRM
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (415) 713-5690
Facsimile: (866) 374-9773
E-Mail: paul.ham@hamfirm.com

Attorney for Defendant David Salma