Entered on Docket
**November 15, 2010**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**Signed and Filed: November 10, 2010**

_____
**THOMAS E. CARLSON
U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DAVID SALMA,<br><br>               Debtor.<br>_____<br>LEW JENKINS and LINDA JENKINS, as Trustees of the Jenkins Trust U/A/D 1/15/98 and JACK H. FRESKOS, beneficiary of IRA 042640 at WESTAMERICA,<br><br>               Plaintiffs,<br><br>   vs.<br><br>DAVID SALMA, RUBEN Q. PICARDO, SEATTLE BLOCK, LLC, FATON BINAKU, and MARION ZABORSKI, and DOES 1-10,<br><br>               Defendants.<br>_____ | Case No. 09-30863 TEC<br><br>Chapter 7<br><br><br>Adv. Proc. No. 09-3126 TC |

## JUDGMENT

The court held a trial in this action on November 2-3, 2010. Upon due consideration, and for the reasons stated in the accompanying Memorandum Decision, the court hereby enters the following judgment.

(1) Plaintiffs shall take nothing on their complaint against Defendant David Salma. Salma's liability to Plaintiffs arising out of the July 2006 loan secured by 1900 Eddy Street, San Francisco, California, and the state-court judgment regarding that loan, are discharged in bankruptcy.

(2) Each party shall bear its own attorneys fees.

JUDGMENT                          -1-

(3) Defendant may recover costs by application under Civil Local Rule 54.

(4) This judgment resolves all claims against all parties,[1] and judgment may be entered under Bankruptcy Rule 7054.

**END OF JUDGMENT**

---

[1] All defendants other than David Salma were dismissed from this adversary proceeding by order dated September 17, 2009.